■ In the Matter of WILLIAM GELLER, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for permission to prosecute appeals as a poor person granted. Settle order. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.